UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA ANN BARTLETT, individually,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WILLIAM BARTLETT, individually, et al.,<br><br>Defendants. | C11-1825Z<br><br>ORDER OF DISMISSAL |

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of this date.

The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 14th day of March, 2012.

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 1